**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-CV-27506-RAR**

**JORGE LUIZ DOS ANJOS BRAGA,**

Petitioner,

v.

**WARDEN, KROME**
**PROCESSING CENTER**, *et al.*,

Respondents.
_______________________________________/

**ORDER OF DISMISSAL**

**THIS CAUSE** comes before the Court upon Petitioner's Notice of Voluntary Dismissal Without Prejudice, [ECF No. 4], filed on October 28, 2026. The Court being fully advised, it is hereby

**ORDERED AND ADJUDGED** that the above-styled case is **DISMISSED** ***without prejudice***. All pending deadlines are hereby **TERMINATED**. The Clerk is directed to **CLOSE** this case, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 28th day of October, 2026.

_______________________________
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**